171 A.3d 614

**EDOKOBI**

v.

**PRINCE GEORGE'S CO.**

**Pet. Docket No. 196, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

(No. CAL17–05947, Circuit Court for Prince George's County.)

Petition for writ of certiorari denied.

171 A.3d 614

**GITTINGS**

v.

**MAUERHAN**

**Pet. Docket No. 244, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Pending in the Court of Special Appeals (No. 794, Sept. Term, 2017).

Petition for writ of certiorari denied.